# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Wayne E. Link,

      Petitioner,                         Case No. 2:15–CV–0229

      v.                               Judge Michael H. Watson
                                            Magistrate Judge Elizabeth P. Deavers

Knox County Jail,

      Respondent.

## OPINION AND ORDER

On February 10, 2015, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the instant petition for a writ of habeas corpus be dismissed.  Although the parties were advised of the right to object to the Magistrate Judge's R&R and of the consequences of failing to do so, no objections have been filed.

The R&R is therefore **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED**.

      **IT IS SO ORDERED.**

                                        _____
                                    **MICHAEL H. WATSON, JUDGE**
                                    **UNITED STATES DISTRICT COURT**